UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

FILED

2015 JUL 31 P 12: 41

U.S. DISTRICT COURT
ASTERN DIST. TE...

UNITED STATES OF AMERICA )
ex rel. WILLIAM C. HYSER )
                                       )
    Plaintiffs/Relator      )
                                       )    Civil Action 3:11-CV-185
                                       )    JORDAN/SHIRLEY
v.                                       )
                                       )
EOD TECHNOLOGY, INC., AND )    **FILED UNDER SEAL**
DOES 1 THROUGH 75, INCLUSIVE )
                                       )
    Defendants.           )
                                       )

## UNITED STATES' *EX PARTE* STATUS REPORT

The United States submits this *ex parte* status report in support of its application for extension of time to notify the Court of a decision regarding intervention. The United States Attorney's Office for the Eastern District of Tennessee, together with personnel from various federal agencies, is currently conducting an ongoing, comprehensive, investigation into the allegations raised in the Complaint filed by the relator.

The United States' investigation and evaluation of the *qui tam* allegations currently remains ongoing. Given the current status, counsel for the United States expects to need at least an additional sixty (60) days to conclude the investigation sufficiently to enable counsel to make a recommendation regarding intervention, and to obtain the necessary authorizations and approvals to file a notice of election with the Court. To the extent that the Court may wish to consider any further information regarding the progress of the investigation, the United States respectfully requests that the Court permit the government to present such information through *ex parte* submissions at an *in camera* hearing.

Respectfully submitted,
WILLIAM C. KILLIAN
United States Attorney

By: _____
Robert C. McConkey, III, BPR # 018118
Elizabeth S. Tonkin, BPR # 010305
Assistant U.S. Attorneys
Office of United States Attorney
800 Market St., Suite 211
Knoxville, TN 37902
(865) 545-4167
Robert.McConkey@usdoj.gov
Betsy.Tonkin@usdoj.gov

## CERTIFICATE REGARDING SERVICE

I hereby certify that this *Ex Parte* Status Report is being filed under seal and has not been served on any other party to this action.

_____
Robert C. McConkey, III
Assistant U.S. Attorney